IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ANTHONY BLAKE LOWREY, | * |
| Plaintiff, | * |
| vs. | * |
| Sgt. NEWELL, Nurse MICHELLE DYER, and Sheriff JOE CHAPMAN, | CASE NO. 3:07-CV-114 (CDL) * |
| | * |
| Defendants. | * |

ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on October 22, 2007 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 25th day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE