```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

ANTHONY BLAKE LOWREY,            *

       Plaintiff,            *

vs.                              *
                                       CASE NO. 3:07-CV-114 (CDL)
Sgt. NEWELL and MICHELLE DYER,   *

       Defendant.            *

_____  *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on February 5, 2009 is hereby approved, adopted, and made the Order of the Court.

The objections of the parties have been considered and are found to be without merit.

The parties shall have until April 17, 2009 to complete discovery and until May 15, 2009 to file additional dispositive motions based upon that discovery. No additional extensions shall be permitted.

IT IS SO ORDERED, this 20th day of February, 2009.

                                           S/Clay D. Land
                                             CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE