```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

ANTHONY BLAKE LOWREY,              *

      Plaintiff,            *

vs.                                *
                                             CASE NO. 3:07-CV-114 (CDL)
DONALD NEWELL, Sergeant           *

      Defendant.            *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Order and Recommendation filed by the United States Magistrate Judge on March 2, 2010 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit. Plaintiff's motion for Court to require Defendant to follow local rule is denied as moot.

IT IS SO ORDERED, this 25th day of March, 2010.

                                                 S/Clay D. Land
                                                   CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE