```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                     ATHENS DIVISION

ANTHONY BLAKE LOWREY              *

        Plaintiff,                *

vs.                               *
                                        CASE NO. 3:07-CV-114 (CDL)
Sergeant NEWELL,                  *

        Defendant.                *
```

<u>ORDER ON RECOMMENDATION OF</u>
<u>UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 6, 2012, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 15th day of February, 2012.

                                    s/Clay D. Land
                                    CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE